

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00072-CV
_____



### IN THE INTEREST OF D.A.H., A CHILD



On Appeal from the 102nd Judicial District Court
Bowie County, Texas
Trial Court No. 07C1434-102



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

On August 18, 2009, we mailed a letter to appellant's counsel requesting that counsel show this Court how we had jurisdiction over this appeal regarding the untimely filing of the notice of appeal. The order terminating appellant's parental rights was signed January 23, 2009; the notice of appeal was not filed until July 20, 2009. This appeal is governed by Section 109.002 of the Texas Family Code, and is accelerated under normal appellate rules. *See* TEX. FAM. CODE ANN. § 109.002 (Vernon 2008). Thus, the notice of appeal was due to be filed within twenty days after the judgment was signed, no later than February 12, 2009. TEX. R. APP. P. 26.1(b). In the absence of a timely notice of appeal, we have no jurisdiction to hear the appeal.

In that letter, we directed counsel to show this Court how we had jurisdiction and informed him that if no response was received by August 28, 2009, the appeal would be dismissed for want of jurisdiction. It is now September 17, 2009, and no response has been received.

We dismiss this appeal for want of jurisdiction.


Jack Carter
Justice

Date Submitted:     September 17, 2009
Date Decided:       September 18, 2009

2